```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  SEP 13 2012  ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CHAMPION MOTOR SPORTS and ROBERT A. LEE, JR.**,

                *Plaintiff,*

-against-

**AMERICAN SUZUKI MOTOR CORPORATION,**

                *Defendant.*

**STIPULATION DISCONTINUING ACTION**

Civil Action No.:
2:12-cv-2437-JFB-ETB

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims and counterclaims, is hereby discontinued with prejudice and without the payment of costs, disbursements or attorney's fees to any party as against the other. This Stipulation may be filed without further notice.

DATED:      September 12, 2012

| **HISCOCK & BARCLAY, LLP** | **THE MARGOLIS LAW FIRM LLC** |
|---|---|
| By: s/Robert A. Barrer<br>    Robert A. Barrer | By: s/Seth L. Dobbs<br>    Seth L. Dobbs |
| *Attorneys for Defendant*<br>Office and Post Office Address<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202-2078<br>Telephone (315) 425-2704<br>Facsimile (315) 425-8544<br>rbarrer@hblaw.com | *Attorneys for Plaintiff*<br>Office and Post Office Address<br>Five Becker Farm Road<br>P.O. Box 420<br>Roseland, NJ 07068<br>Telephone (973) 533-0569<br>Facsimile (973) 758-6193<br>sdobbs@mgm-lawfirm.com |

*[Handwritten note: "The Clerk of the Court shall close the case."]*

6254177.1

*[Signature]*
USDJ

Date: Sept, 13, 2012

**IT IS SO ORDERED.**

**DATED:**   , 2012
   , New York

_____
United States District Judge

6254177.1